# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                    4:10CR00232-001  SWW

DENNIS JEROME WRIGHT, JR.                                   DEFENDANT

## ORDER

Pending before the Court is a sealed motion to be relieved as attorney for defendant, Dennis Jerome Wright, Jr., filed by John Wesley Hall, Jr. [doc #45]. The Court finds that the motion to be relieved as counsel should be and hereby is **GRANTED**.

IT IS THEREFORE ORDERED that appointed counsel, John Wesley Hall, Jr., is hereby relieved of any further responsibility in this matter.

IT IS FURTHER ORDERED that Danny W. Glover is appointed to represent defendant in all further proceedings.

DATED this 18th day of September 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE