**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                                  **PLAINTIFF**

**VS.**                             **4:10CR00232    SWW**

**DENNIS JEROME WRIGHT**                                             **DEFENDANT**

### ORDER

On October 21, 2013, the Court granted Defendant's Motion for Psychiatric Examination.

The United States Marshal for the Eastern District of Arkansas has advised the Court that Defendant has been designated to FCI Fort Worth, Texas for the examination. Defendant is directed to report to the U. S. Marshal Service in Little Rock, Arkansas on **Wednesday, November 13, 2013 by noon**. Accordingly, the United States Marshal is directed to transport Defendant to FCI Fort Worth, Texas forthwith.[1]

Under 18 U.S.C. § 4247(b) and (c), Defendant is committed to the custody of the Attorney General, or his authorized representative, for a period not to exceed thirty (30) days for a psychiatric or psychological examination under 18 U.S.C. § 4241 and for a period not to exceed forty-five (45) days for psychiatric or psychological examination under 18 U.S.C. § 4242. Both time periods exclude any time consumed by transportation.

Based on 18 U.S.C. § 4247(c), the facility conducting the examination will file a report with this Court with copies to Defendant's counsel and the Prosecution.

---

[1] Based on 18 U.S.C. § 3161(h)(1)(F), time consumed by transportation in excess of ten (10) days from today is presumed unreasonable under the Speedy Trial Act.

1

Eleven (11) days from the date the examination report is received by the Court and the parties, any party who requests a hearing regarding any issues in the report or opposes the report must file a motion for hearing or a motion in opposition, including a concise statement of opposition to the report and supporting authorities.

If no motions are filed within eleven (11) days, the Court will enter an Order adopting or rejecting the conclusions set forth in the report, and the period of excludable delay will end.[2]

IT IS SO ORDERED this 25th day of October 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[2] 18 U.S.C. § 3161(h)(1)(A).