IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

VS.                            4:10CR00232-001   SWW

DENNIS JEROME WRIGHT, JR.                                            DEFENDANT

## ORDER

On February 25, 2014, based upon the mental health evaluation received by the Court, an order was entered committing defendant, Dennis Jerome Wright, Jr., to the custody of the Attorney General for treatment and to determine whether there is a substantial probability that in the foreseeable future defendant will attain capacity to permit the proceedings to go forward.

The United States Marshal for the Eastern District of Arkansas has advised the Court that defendant has been designated to FMC Springfield, Missouri for the examination. Accordingly, the defendant shall self-report to the designated facility on **March 26, 2014 by 2:00 p.m.**

The medical facility will file a report determining defendant's mental status with this Court with copies to defendant's counsel and the government's counsel at the end of the time period specified in the previous order entered February 25, 2014.

IT IS SO ORDERED this 7th day of March 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE